FILED
CHARLOTTE, N.C.
JUL 25 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR220-V |
| | ) | |
| vs. | ) | **BILL OF INDICTMENT** |
| | ) | |
| | ) | Violations: |
| | ) | 21 U.S.C. §841 |
| | ) | 18 U.S.C. §922(g) |
| KENNETH WAYNE GRAGG | ) | 18 U.S.C. §924(c) |

## THE GRAND JURY CHARGES:

## COUNT ONE

1. On or about July 12, 2005, in Iredell County, within the Western District of North Carolina and elsewhere,

### KENNETH WAYNE GRAGG

did knowingly, intentionally and unlawfully possess with intent to distribute, a quantity of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1).

2. Said offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, also known as "ice."

3. Said offense involved a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

4. All in violation of Title 21, United States Code, Section 841(b).

## COUNT TWO

1. On or about July 21, 2005, in Iredell County, within the Western District of North Carolina and elsewhere,

### KENNETH WAYNE GRAGG

did knowingly, intentionally and unlawfully possess with intent to distribute, a quantity of methamphetamine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1).

2. Said offense involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, also known as "ice."

3. Said offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

4. All in violation of Title 21, United States Code, Section 841(b).

## COUNT THREE

On or about July 21, 2005, in Iredell County, within the Western District of North Carolina, and elsewhere,

### KENNETH WAYNE GRAGG

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year to wit: defendant was convicted and sentenced to Conspiracy to Possess With Intent to Distribute a Controlled Substance, Cocaine, in Federal Court, Western District of North Carolina, Statesville Division on or about May 28, 1996, did knowingly and unlawfully possess a firearm and ammunition, in and affecting interstate commerce, one or more of the following: a .22 caliber revolver and 9mm ammunition.

## COUNT FOUR

On or about July 21, 2005, in Iredell County, within the Western District of North Carolina, and elsewhere,

### KENNETH WAYNE GRAGG

during and in relation to a drug trafficking crime, that is, Possession With Intent to Distribute Methamphetamine ("ice") and a mixture and substance containing a detectable amount of methamphetamine, as described in Count Two of the Bill of Indictment, for which he may be prosecuted in a Court of the United States, did knowingly and unlawfully use and carry a firearm, and, in furtherance of such drug trafficking crime, did possess said firearm, to wit: a .22 caliber revolver, in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL:

_____
FOREMAN

for
_____
GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY