FILED
STATESVILLE, N.C.
MAR 15 2006
U.S. DISTRICT COURT
W. DIST. OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR220 |
| --- | --- | --- |
| | ) | |
| vs. | ) | GOVERNMENT'S PROPOSED |
| | ) | EXHIBIT LIST |
| KENNETH WAYNE GRAGG | ) | |

| EXH | DESCRIPTION & REMARKS | IDENT | REC'D | WITNESS |
| --- | --- | --- | --- | --- |
| 1(a) | **JIMMY STEELE** Truthful Disclosure | | | |
| 1(b) | Plea Agreement | | | |
| 2(a) | **SAMUEL JOHNSON** 851 Notice | | | |
| 2(b) | Truthful Disclosure | | | |
| 2(c) | Plea Agreement | | | |
| 3 | Lab Sheet - 7/12/2005 (Methamphetamine) | | | |
| 4 | Lab Sheet - 7/21/2005 (Methamphetamine | | | |
| 5 | Lab Sheet - 7/21/2005 (Cocaine Base/Cocaine) | | | |
| 6 | 6/23/05 12:00 pm Audio - Steele/K.Gragg | | | |
| 6(a) | 6/23/05 12:00 pm Trans - Steele/K.Gragg | | | |
| 7 | 6/23/05 1:44 pm Audio - Steele/K. Gragg | | | |
| 7(a) | 6/23/05 1:44 pm Trans - J. Steele/K. Gragg | | | |
| 8 | 6/23/05 4:07 pm Audio - J. Steele/K. Gragg | | | |
| 8(a) | 6/23/05 4:07 pm Trans - J. Steele/K. Gragg | | | |
| 9 | 6/23/05 1:50 pm Audio - J. Steele/K. Gragg | | | |

| EXH | DESCRIPTION & REMARKS | IDENT | REC'D | WITNESS |
|---|---|---|---|---|
| 9(a) | 6/23/05 1:50 pm Trans - J. Steele/K. Gragg | | | |
| 10 | 7/6/05 1:36 pm Audio - Steele/K. Gragg | | | |
| 10(a) | 7/6/05 1:36 pm Transcript - Steele/K. Gragg | | | |
| 11 | 7/12/05 3:54 pm Audio - Steele/Gragg | | | |
| 11(a) | 7/12/05 3:54 pm Trans - Steele/Gragg | | | |
| 12 | 7/12/05 4:55 pm Audio - Steele/K. Gragg | | | |
| 12(a) | 7/12/05 4:55 pm Trans - Steele/K. Gragg | | | |
| 13 | 7/12/05 5:08 pm Audio - Steele/K. Gragg | | | |
| 13(a) | 7/12/05 5:08 pm Trans - Steele/K. Gragg | | | |
| 14 | 7/12/05 6:26 pm Audio - Steele/K. Gragg | | | |
| 14(a) | 7/12/05 6:26 pm Trans - Steele/K. Gragg | | | |
| 15 | 7/12/05 7:01 pm Audio - Steele/K. Gragg | | | |
| 15(a) | 7/12/05 7:01 pm Trans - Steele/K. Gragg | | | |
| 16 | 7/12/2005 (#8) Audio Tape - J. Steele/K. Gragg | | | |
| 16(a) | 7/12/2005 (#8) Transcript - J. Steele/K. Gragg | | | |
| 17 | 7/12/05 7:23 pm Audio- Steele/Johnson/Gragg | | | |
| 17(a) | 7/12/05 7:23 pm Trans - Steele/Johnson/Gragg | | | |
| 19 | 7/19/05 5:17 pm Audio Tape - Gragg/Steele | | | |
| 19(a) | 7/19/05 5:17 pm Trans - Gragg/Steele | | | |
| 20 | 7/19/05 5:26 pm Audio - Gragg/Steele | | | |
| 20(a) | 7/19/05 5:26 pm Trans - Gragg/Steele | | | |
| 21 | 7/20/05 2:48 pm Audio - K. Gragg/J. Steele | | | |
| 21(a) | 7/20/05 2:48 pm Trans - K. Gragg/J. Steele | | | |
| 22 | 7/20/05 2:56 pm Audio - K. Gragg/J. Steele | | | |

| EXH | DESCRIPTION & REMARKS | IDENT | REC'D | WITNESS |
|---|---|---|---|---|
| 22(a) | 7/20/05 2:56 pm Trans - K. Gragg/J. Steele | | | |
| 23 | 7/21/05 10:03 am Audio - Gragg/Johnson | | | |
| 23(a) | 7/21/05 10:03 am Trans - Gragg/Johnson | | | |
| 24 | 7/21/05 11:26 am Audio - Gragg/Steele | | | |
| 24(a) | 7/21/05 11:26 am Trans - Gragg/Steele | | | |
| 25 | 7/21/05 11:30 am Audio - Gragg/Steele | | | |
| 25(a) | 7/21/05 11:30 am Trans - Gragg/Steele | | | |
| 26 | 7/21/05 1:27 pm Audio - Gragg/Steele | | | |
| 26(a) | 7/21/05 1:27 pm Trans - Gragg/Steele | | | |
| 27 | 7/21/05 3:57 pm Audio - Steele/Johnson/Gragg | | | |
| 27(a) | 7/21/05 Trans 3:57 pm- Steele/Johnson/Gragg | | | |
| 28 | Drug Evidence from Purchase 7/12/05 | | | |
| 29 | Drug Evidence from Stop 7/21/05 | | | |
| 30 | Original Packaging from Stop 7/21/05 | | | |
| 31 | Drug Evidence from 7/21/05 (Person) | | | |
| 31(a) | Blue Scales from 7/21/05 (Person) | | | |
| 32 | Newspaper (Explorer) 7/21/05 | | | |
| 33 | 22 Revolver (Explorer) 7/21/05 | | | |
| 34 | 7 rounds 9mm ammo (Explorer) 7/21/05 | | | |
| 35 | Nokia Phone/Charger (Explorer) 7/21/05 | | | |
| 36 | ScotchGard can (Explorer) 7/21/05 | | | |
| 37 | Registration (Explorer) 7/21/05 | | | |
| 38 | NCOL - Gragg (Explorer) 7/21/05 | | | |
| 39 | Photo (Explorer) 7/21/05 | | | |
| 40 | Photo (Explorer) 7/21/05 | | | |

Case 5:05-cr-00220-RLV-CH   Document 26   Filed 03/15/06   Page 3 of 7

| EXH | DESCRIPTION & REMARKS | IDENT | REC'D | WITNESS |
|---|---|---|---|---|
| 41 | Photo (Explorer) 7/21/05 | | | |
| 42 | Photo - Newspaper 7/21/05 | | | |
| 43 | Photo - Gun 7/21/05 | | | |
| 44 | Photo - Bag/Floorboard 7/21/05 | | | |
| 45 | Photo - Bag/Meth Ice 7/21/05 | | | |
| 46 | Photo - Meth/Ice 7/21/05 | | | |
| 47 | Interstate Nexus Report | | | |
| 48 | Kenneth Wayne Gragg - Judgment 5:95CR13 | | | |

| EXH | DESCRIPTION & REMARKS | IDENT | REC'D | WITNESS |
|---|---|---|---|---|
| | | | | |

The government reserves the right to add additional exhibits than those listed herein as may be referred to in the government's case file or as they may come to the attention of the government

5

Case 5:05-cr-00220-RLV-CH   Document 26   Filed 03/15/06   Page 5 of 7

subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing Exhibit List by hand delivering to counsel for the defendant as follows:

> David Burgess, Esq.
> 101 North McDowell Street
> Suite 216
> Charlotte, North Carolina 28204

This the 16 day of March, 2006.

*[signature]*
GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

7