IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05CR220-1-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| KENNETH WAYNE GRAGG, | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion For Interim CJA Payment on the above-captioned matter.

The Court finds that the Defendant's request for interim payment is appropriate.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for interim payment is hereby **GRANTED**.

Signed: June 26, 2006

Richard L. Voorhees
United States District Judge